# ELECTRONIC RECORD

COA # 06-14-00060-CR                    OFFENSE: 38.04

STYLE: Herron Kent Duckett v. The State of Texas                    COUNTY: Gregg

COA DISPOSITION:          Affirmed          TRIAL COURT: 124th District Court

DATE: 3/3/15                    Publish: No    TC CASE #:    43,063-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Herron Kent Duckett v. The State of Texas                    CCA #: **358-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ____06/24/15____          SIGNED: _____    PC: _____

JUDGE: ____Per Curiam____          PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**